DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


MONIKA MARGARETHE SHIRLEY,

Appellant,

v.

WAYNE R. SHIRLEY,

Appellee.


No. 2D2025-2697

_____


April 17, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Sarasota County; Maria Ruhl, Judge.

Monika Margarethe Shirley, pro se.

No appearance for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, MORRIS, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.